

JUN 17 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  VINCENTE TENNERELLI
   JOSEPH BARTON
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA  93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America
8



9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 1:21 CR 00163 NO SKO

13                       Plaintiff,      MOTION AND PROPOSED ORDER TO
                                         SEAL INDICTMENT
14         v.

15
    JEFFREY TODD STEWART
16
                         Defendants.
17

18

19
           The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of
20
    Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury
21
    on June 17, 2021 charging the above defendant with violations of 18 U.S.C. § 1343 – Wire
22
    Fraud (Nine Counts); and 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) – Criminal
23
    Forfeiture, be kept secret until the defendant named in this Indictment is either in
24
    custody or has been given bail on these offenses; and further order that until such time as
25
    the defendant is in custody or has been given bail, that no person shall disclose the finding
26
    of the Indictment or any warrants issued pursuant thereto, except when necessary for the
27
    / / /
28

issuance and execution of the warrants.

DATED: June 17, 2021             Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

                            By   /s/ VINCENTE TENNERELLI
                                      VINCENTE TENNERELLI
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  June 17, 2021

                                      STANLEY A. BOONE
                                      U.S. Magistrate Judge