PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00163-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| JEFFREY TODD STEWART, | DATE:  November 2, 2022<br>TIME:  1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for November 2, 2022, at 1:00 p.m., may be continued until January 18, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. The parties have made substantial progress in discussing the government's theory of the case, the loss amount, and a possible plea agreement. Defense counsel has further investigation to perform and wants additional time to consider a plea offer. The parties agree that time under the Speedy Trial Act shall be excluded through January 18, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  October 25, 2022

*/s/ Jared Thompson*
JARED THOMPSON
Counsel for Jeffrey Todd Stewart

Dated:  October 25, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY TODD STEWART, <br><br> Defendant. | Case No. 1:21-cr-00163-JLT-SKO <br><br> ORDER |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for November 2, 2022, at 1:00 p.m., is continued until January 18, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through January 18, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 10/27/2022

　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　HONORABLE SHEILA K. OBERTO
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE