PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. JEFFREY TODD STEWART, Defendant. | Case No. 1:21-cr-00163-JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: January 18, 2023<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for January 18, 2023, at 1:00 p.m., may be continued until February 15, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. The parties have made substantial progress in discussing the government's theory of the case and the loss amount, and they are close to finalizing a plea agreement. Defense counsel has further investigation to perform and wants additional time to consider the plea offer. The parties agree that time under the Speedy Trial Act shall be excluded through February 15, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: January 9, 2023

    */s/ Jared Thompson*
    JARED THOMPSON
    Counsel for Jeffrey Todd Stewart

Dated: January 9, 2023

    */s/ Joseph Barton*
    JOSEPH BARTON
    Assistant United States Attorney

| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>JOSEPH D. BARTON<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY TODD STEWART,<br><br>Defendant. | Case No. 1:21-cr-00163-JLT-SKO<br><br>ORDER |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 18, 2023, at 1:00 p.m., is continued until February 15, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through February 15, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 1/9/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3