PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00163-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JEFFREY TODD STEWART, | DATE: August 21, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant JEFFREY TODD STEWART, by and through defendant's counsel of record, Jared Thompson, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 21, 2023, at 10:00 a.m.

2. On June 27, 2023, counsel for the defendant and the probation officer indicated additional time was needed to prepare for sentencing in this matter.

3. Accordingly, the parties stipulate to continue the sentencing until October 10, 2023, at 10:00 a.m.

///

///

///

4. No exclusion of time is necessary as the defendant previously entered a guilty plea.

IT IS SO STIPULATED.

Dated: July 7, 2023                                   PHILLIP A. TALBERT
                                                      United States Attorney


                                                      /s/ BRITTANY M. GUNTER
                                                      BRITTANY M. GUNTER
                                                      Assistant United States Attorney


Dated: July 7, 2023                                   /s/ JARED THOMPSON
                                                      JARED THOMPSON
                                                      Counsel for Defendant


**ORDER**

IT IS SO ORDERED.

   Dated:   **July 7, 2023**
                                                      _____
                                                      UNITED STATES DISTRICT JUDGE