**JARED M. THOMPSON** (**SBN 261942**)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
**Jeffrey Stewart**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY TODD STEWART,<br><br>Defendant | Case No. 1:21-CR-00163-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER** |
|---|---|

The Defendant, JEFFREY TODD STEWART, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Brittany Gunter, hereby stipulate to continue the sentencing hearing and exclude time for the following reasons:

1. The final draft of the PSR was filed with the court and made available to the defense while defense counsel was engaged in a state court jury trial.  Additionally, due to defense counsel's jury trial schedule, Mr. Thompson is not able to complete Mr. Stewart's sentencing memorandum in time for the current sentencing date of November 13, 2023.  Mr. Stewart is close to being able to make a substantial payment towards restitution prior to sentencing.

2. Defense counsel and counsel for the United States have agreed to a new sentencing date of January 16, 2024.

Stipulation to Continue Sentencing Date- 1

3. The continuance is necessary to allow the defense counsel sufficient time to file pleadings and prepare for sentencing after receipt of the final PSR, as well as, make arrangements for payment(s) toward restitution.

4. The parties stipulate and agree to a new sentencing date of January 16, 2024.

**IT IS SO STIPULATED.**

DATED:  November 1, 2023				Humphrey & Thompson, Attorneys at Law

						By: /s/  Jared M. Thompson
						Jared M. Thompson, Attorney for
						Defendant, Jeffrey Stewart

DATED:  November 1, 2023				United States Attorney's Office

						By: /s/  Brittany Gunter
						Brittany Gunter
						Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

   Dated:   **November 1, 2023**				_Jennifer L. Thurston_
						UNITED STATES DISTRICT JUDGE